IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA | * |
| v. | * |
| | * |
| BRUDY, YA NICK | |
| Defendant | *   Case No. 17-MJ-1451 |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## MOTION TO DISMISS

THE UNITED STATES OF AMERICA, by and through its counsel, BEAU O. WATKINS, Special Assistant United States Attorney, hereby pursuant to Federal Rules of Criminal Procedure 48(a), to dismiss the above referenced case against the Defendant, violation number 6091060, 6091061, 6091879 set for trial on 17 August 2017. Attorney for Defendant has been informed by the undersigned that a motion to dismiss the charges will be filed.

WHEREFORE the Government requests that this case be dismissed without prejudice.

_____
BEAU O. WATKINS
Special Assistant United States Attorney
Office of the Staff Judge Advocate
Aberdeen Proving Ground, Maryland 21005
(443) 861-5257

## CERTIFICATE OF SERVICE

I hereby certify that on this 7 th day of August 2017, a copy of the foregoing Motion to Dismiss was forwarded to Attorney for the Defendant: Loraine Bright, Esquire, 915 Fitzpatrick Drive, Bel Air, MD 21014 and to brightlaw@yahoo.com

_____
BEAU O. WATKINS
Special Assistant United States Attorney